(Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

| | |
|---|---|
| | FILED ✓ |
| | RECEIVED — LODGED — COPY |

# UNITED STATES DISTRICT COURT
## for the

NOV 3 0 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

)
)
)
)
)
Gavin Yepa )
_____ )        CV-23-00547-TUC-CKJ--MSA
Petitioner )
)
v.                )   Case No. _____
)           (Supplied by Clerk of Court)
)
)
Warden   M. Gutierrez )
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name:        Gavin Yepa
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution:      United States Penitentiary-Tucson
   (b) Address:       P.O. Box 24550
        Tucson, AZ. 85734
   (c) Your identification number: _____
3. Are you currently being held on orders by:
   ☒ Federal authorities        ☐ State authorities        ☐ Other - explain: _____

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____

      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain):        N/A
        N/A
        N/A

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☒ Disciplinary proceedings

☐ Other *(explain)*: _____ N/A _____
_____ N/A _____
_____ N/A _____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:  United States Penitentiary-Tucson
Disciplinary Hearing Process

(b) Docket number, case number, or opinion number:    3605204

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Found Guilty of violating Code 111a-Drug Introduction (Attempted)
Loss of 41 days GCT, 27 Days Disciplinary Segregation, 120days Telephone
120 days visitation.

(d) Date of the decision or action:  April 18, 2022

### Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes        ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:  Federal Bureau of Prisons
Western Regional Office

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result:  Denial

    (5) Date of result: _____

    (6) Issues raised:  No substantial evidence
No physical evidence
No conversations involving drugs
No Due Process
Lifestyle bias
_____
_____

(b) If you answered "No," explain why you did not appeal: _____ N/A _____
_____ N/A _____
_____ N/A _____

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes        ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ___N/A___

___N/A___

(2) Date of filing: ___N/A___

(3) Docket number, case number, or opinion number: ___N/A___

(4) Result: ___N/A___

(5) Date of result: ___N/A___

(6) Issues raised: ___N/A___

___N/A___

___N/A___

___N/A___

___N/A___

___N/A___

___N/A___

(b) If you answered "No," explain why you did not file a second appeal: ___Administrative Remedy___ unavailable per circumstances 1,2, and 3. See Ross v. Blake, 136 S.Ct. 1850, 195 L.Ed. 2d 117 (2016)

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ___N/A___

___N/A___

(2) Date of filing: ___N/A___

(3) Docket number, case number, or opinion number: ___N/A___

(4) Result: ___N/A___

(5) Date of result: ___N/A___

(6) Issues raised: ___N/A___

___N/A___

___N/A___

___N/A___

___N/A___

___N/A___

(b) If you answered "No," explain why you did not file a third appeal: ___Administrative Remedy___ unavailable per circumstances 1,2, and 3. See Ross v. Blake, 136 S.Ct. 1850, 195 L.Ed. 2d 117 (2016)

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☒ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes    ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      If "Yes," provide:

      (1)  Name of court:     N/A
      (2)  Case number:     N/A
      (3)  Date of filing:     N/A
      (4)  Result:     N/A
      (5)  Date of result:     N/A
      (6)  Issues raised:     N/A

                             N/A
                             N/A
                             N/A
                             N/A
                             N/A

  (b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

      ☐ Yes          ☒ No

      If "Yes," provide:

      (1)  Name of court:     N/A
      (2)  Case number:     N/A
      (3)  Date of filing:     N/A
      (4)  Result:     N/A
      (5)  Date of result:     N/A
      (6)  Issues raised:     N/A

                             N/A
                             N/A
                             N/A
                             N/A
                             N/A

  (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:  **This is not a challenge to Gavin Yepa's conviction or sentence, this is a challenge against the Federal Bureau of Prisons Disciplinary Process.**

11.    **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☐ Yes          ☒ No

      If "Yes," provide:

  (a)    Date you were taken into immigration custody:     N/A
  (b)    Date of the removal or reinstatement order:     N/A
  (c)    Did you file an appeal with the Board of Immigration Appeals?

      ☐ Yes          ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Date of filing:                        N/A

(2)  Case number:                        N/A

(3)  Result:                             N/A

(4)  Date of result:                      N/A

(5)  Issues raised:                       N/A

                                         N/A

                                         N/A

                                         N/A

                                         N/A

                                         N/A

(d)  Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☒ No

If "Yes," provide:

(1)  Name of court:                       N/A

(2)  Date of filing:                      N/A

(3)  Case number:                        N/A

(4)  Result:                             N/A

(5)  Date of result:                      N/A

(6)  Issues raised:                       N/A

                                         N/A

                                         N/A

                                         N/A

                                         N/A

                                         N/A

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☒ No

If "Yes," provide:

(a)  Kind of petition, motion, or application:          N/A

(b)  Name of the authority, agency, or court:          N/A

                                                       N/A

(c)  Date of filing:                                   N/A

(d)  Docket number, case number, or opinion number:              N/A

(e)  Result:                                           N/A

(f)  Date of result:                                   N/A

(g)  Issues raised:                                    N/A

                                                       N/A

                                                       N/A

                                                       N/A

                                                       N/A

                                                       N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Denial of Due Process in the Administrative Remedy Process, sanctioned removal of Good Conduct Time.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Mr. Yepa made phone calls to outside paralegal preparing motions,
Mr. Yepa asked layman questions,
Disciplinary Hearing Officer produced no drugs as evidence,
Mr. Yepa's statements were not investigated,

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** N/A
N/A
N/A
N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A
N/A
N/A
N/A
N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☒ No

**GROUND THREE:** N/A
N/A
N/A
N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A
N/A
N/A
N/A
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☒ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

| GROUND FOUR: | N/A |
|---|---|
| | N/A |
| | N/A |
| | N/A |

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

N/A

N/A

N/A

N/A

N/A

N/A

(b)  Did you present Ground Four in all appeals that were available to you?

☐ Yes          ☒ No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

N/A

N/A

N/A

N/A

## Request for Relief

15.  State exactly what you want the court to do:  Expungemant of incident Report No. 3605204, Restoration of 41 days good conduct time, All sanctions shelved indefenatly for any future disciplinary actions, an order of no retaliation and an investigation of United States Penitentiary-Tucson Staff§ missrepresentation and munipulation of the Disciplinary Hearing Process.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11-22-23

_____
Signature of Petitioner

Pro Se
_____
Signature of Attorney or other authorized person, if any

BP-A0304          **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

| Institution: **TUCSON USP** | Incident Report Number: **3605204** | |
|---|---|---|
| NAME OF INMATE: **YEPA, GAVIN** | REG.NO.: **64693-051** | UNIT: **UNIT B** |
| Date of Incident Report: **03-13-2022** | Offense Code(s): **111A 196A 197A** | |
| Date of Incident: **03-11-2022** | | |

Summary of Charges:

**111 -- INTRODUCTION DRUGS/ALCOHOL (Attempting). 196 -- MAIL ABUSE, CRIMINAL (Attempting). 197 -- PHONE ABUSE, CRIMINAL (Attempting).**

**I.    NOTICE OF CHARGE(S)**

A.    Advanced written notice of charge (copy of Incident Report) was given to inmate on **03-14-2022**   at **0836 hrs** (by staff member) **A. Bernard**

B.    The DHO Hearing was held on **04-05-2022**    at **1142 hrs**

C.    The inmate was advised of the rights before the DHO by (staff member): **RUIZ, M.**                on **03-15-2022**

and a copy of the advisement of rights form is attached.

D.    Delay in Process **None**

**II.    STAFF REPRESENTATIVE**

A.    Inmate waived right to staff representative:   [Yes] **X**      [No]

B.    Inmate requested staff representative and **NA**                                          appeared.

C.    Staff Representative's Statement: **NA**

D.    Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: **NA**

E.    Staff representative **NA**                        was appointed.

**III.    PRESENTATION OF EVIDENCE**

A.    Inmate ( ) admits    ( **X** ) denies the charge(s).

B.    Summary of Inmate Statement:
**Inmate YEPA, Gavin Reg. No. 64693-051 stated "I was just trying to do my legal work."**

BP-A0304     **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

| | |
|---|---|
| Institution: **TUCSON USP** | Incident Report Number: **3605204** |
| NAME OF INMATE: **YEPA, GAVIN** | REG.NO.: **64693-051**    UNIT: **UNIT B** |
| Date of Incident Report: **03-13-2022** | Offense Code(s): **111A 196A 197A** |
| Date of Incident: **03-11-2022** | |

Summary of Charges:

    **111 -- INTRODUCTION DRUGS/ALCOHOL (Attempting). 196 -- MAIL ABUSE, CRIMINAL (Attempting). 197 -- PHONE ABUSE, CRIMINAL (Attempting).**

**I.    NOTICE OF CHARGE(S)**

    A.   Advanced written notice of charge (copy of Incident Report) was given to inmate on **03-14-2022**   at **0836 hrs** (by staff member) **A. Bernard**

    B.   The DHO Hearing was held on **04-05-2022**    at **1142 hrs**

    C.   The inmate was advised of the rights before the DHO by (staff member): **RUIZ, M.**     on **03-15-2022**

        and a copy of the advisement of rights form is attached.

    D.   Delay in Process   **None**

**II.   STAFF REPRESENTATIVE**

    A.   Inmate waived right to staff representative:   [Yes] **X**     [No] __

    B.   Inmate requested staff representative and **NA**         appeared.

    C.   Staff Representative's Statement: **NA**

    D.   Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: **NA**

    E.   Staff representative **NA**        was appointed.

**III.   PRESENTATION OF EVIDENCE**

    A.   Inmate ( ) admits    ( **X** ) denies the charge(s).

    B.   Summary of Inmate Statement:
        Inmate YEPA, Gavin Reg. No. 64693-051 stated "I was just trying to do my legal work."

BP-A0304     **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

---

C.   Witnesses

1.   The inmate waived right to witnesses.  [Yes] **X**     [No] __

2.   The following persons were called as witness at this hearing and appeared
     (Each witness name and statement listed below):
     **NA**

3.   The following persons requested were not called for the reason(s) given
     (Each witness name and statement listed below):
     **NA**

4.   Unavailable witnesses were requested to submit written statements and
     those statements received were considered (Each witness name and
     statement listed below):
     **NA**

---

D.   Documentary Evidence. In addition to the Incident Report and
     Investigation, the DHO considered the following documents:
     **Inmate Rights at Discipline Hearing -- (BP-A293)**
     **Notice of Discipline Hearing Before the (DHO) -- (BP-A294)**
     **Incident Report - SIS Reports -- (BOP-IRSIS)**
     **Incident Report - TRU System Documentation -- (BOP-IRTRU)**
     **Incident Report -- (BP-A288)**

E.   Confidential information was used by DHO in support of his findings, but
     was not revealed to the inmate. The confidential information was documented
     in a separate report. The confidential information has been (confidential
     informants have been) determined to be reliable because:
     **NA**

---

IV.  FINDINGS OF THE DHO
     _ A. The act was committed as charged.      _ C. No prohibited act was committed:
     **X** B. The following act was committed:        Expunge according to inmate
     **111A**                                      discipline PS.

---

V.   SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations
     written documents, etc.)
     **DHO FINDINGS:**

     **The inmate's due process rights were read and reviewed by the DHO to the inmate. The DHO
     confirmed the inmate received a copy of his incident report, did not want to call any witnesses. The
     inmate was afforded the opportunity to request a staff representative, but chose not to request a
     staff representative. The inmate had no documentary evidence to submit. The inmate understood
     his due process rights and was ready to proceed with the DHO hearing.**

     **Based on the evidence, the DHO finds you committed the prohibited act of a Code 111A-Drug
     Introduction (attempted). To make this finding the DHO relied upon the following:**

     **On March 13, 2022, at 4:00 p.m. while reviewing completed S.IS. investigation, I reviewed a**

---



**BP-A0304**          DISCIPLINE HEARING OFFICER REPORT

Dept. of Justice / Federal Bureau of Prisons

case closed on 03/11/2022 at 5:53p.m. This investigation determined inmates Christopher Spaz Hornyak, Reg. No. 25519-380, Gavin Yepa, Reg. No. 64693-051, and Justin Hippo Allen, Reg. No. 17518-046, attempted to facilitate the introduction of drugs (K-2-soaked legal paper) through the U.S. Mail. Specifically, inmates Hornyak, Yepa and Allen, all placed multiple phone calls to the phone number (305) 494-7928, which was used by an outside party (Chad) to plan and identify where the drugs would be sent. During the phone calls all three inmates used coded language when speaking to the male caller (Chad) to discuss the continued drug introduction scheme. During the phone calls, inmates Hornyak, Yepa and Allen referred to the drugs (K-2-soaked Legal papers) as motions and Briefs depending on the saturation of the paper, "TM numbers or Clients" to describe the inmate who the Motion or Briefs would be sent to. During several of the calls, the outside party (Chad) made comments about the brief being 2,000 dollars.

Phone call notes for call made by inmate Christopher Hornyak, Reg. No. 25519-380 on 6/1/2021 8:22 AM (954) 740-2673: Hornyak states they have things to do.... Talks about "case" and that when things open up, he will be able to take care of things. Talks about account being at 97.... States Paul received copy of brief and the stuff was ok but not as good. Believed coded communication talking about settlement page (Possible saturation). States the lawyer came by and dropped off legal paperwork.... States Paul's escrow account is good to go. States Paul has been with "Firm" for an awhile  using court lingo as coded communication. Talks about price of filling and packaging....

Phone call made by inmate Justin Allen, Reg. No. 17518-046 on 9/21/2021 at 7:42 PM to phone number (305) 494-7928: Allen states he is calling for "Paul" and the message he wants me to relay to you is that he has two co-defendants that would like to do two clemency briefs. Tomorrow, I will contact you and give you the phone number for their people. They would like to set up an appointment for a big 150. He wanted me to give you their co-defendants numbers, are you ready? Allen states the numbers are TM 00402980 and TM 96273837, those are the two guys who would like to do clemency briefs. I'll give you their peoples numbers tomorrow.

Phone call made by inmate Justin Allen, Reg. No. 17518-046 on 10/2/2021 at 2:48 PM to (954) 740-2673: Allen tells the caller, "I heard from one of "Paul's" (Inmate Cristopher Hornyak, Reg. No. 25519-380) co-defendants and they said the family received a brief and they felt there was no argument in that brief whatsoever. The caller asks Allen, "How long ago was this, because we haven't fielded a brief in a while." Allen askes the caller if he wants the co-defendant's number. The caller states, "You mean his case number?" Allen states, "Correct." The caller states, "No I don't need the number, i'm sure I know what we did." The caller states, "We are waiting on the attorney. I already have his reservation number for when he comes back into town." Caller states, "When the lawyer comes, we will have to sit down and revaluate everything and take it from there." Allen tells the caller that sounds good. The caller states, "Just tell everybody to stay patient."

In a phone call placed by inmate Yepa to phone number (305) 494-7928 on 11/22/2021 2:02 PM: Asks him if he got the card. Chad tells him yes. Yepa tells him on the inside of the card peel it back. Chad says yeah, I got it.

TRUFONE phone call made by inmate Gavin Yepa, Reg. No. 64693-051 to phone number (305) 494-7928 on 11/15/2021 at 12:36 PM: Yepa asks the caller if they got the $1,500 deposit. The caller says yes, they got it. Yepa asked if they got the manila envelope. The caller says yes, we got it. Yepa tells the caller there's some miscellaneous drawings and a card. Yepa tells the caller carefully take the card apart the inside of the front of the card ok. Yepa states "Everything you need to know is in there, ok."

The DHO reviewed the investigation and UDC portions of the disciplinary process and noted inmate ALLEN chose to make no statement in his defense at either of these stages, leading the DHO to draw an adverse inference.

The DHO asked if you admitted or denied the charge against you. You denied the charge



BP-A0304          **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

stating, "I was just trying to do my legal work." The DHO notes that although you deny the charge against you, you have provided no evidence to dispute the account of the investigation. The DHO finds credible the staff member's account of this incident as stated above. The supporting documentation (TRUFONE/TRUVIEW reports, SIS investigation) submitted corroborates the incident. Specifically, the evidence in the phone calls supports the charge. You denied the content of the call you made when the DHO questioned you, but the call made by you clearly expresses to the receiver that a message was sent hidden on the inside of the card, as you ask him to peel back the inside of the card, to which he replies yeah, I got it. This shows your involvement and that you cannot be considered credible. The DHO further notes that at no point do the people you are calling answer the phone in a professional manner, relating to a business or law/paralegal service, and notes that there are TV noises and children in the background of the calls. The greater weight of evidence supports the charge.

The DHO based her decision on the greater weight of the evidence. Specifically, the DHO relies upon the reporting officer s eyewitness statement. The DHO found no reason to question the validity of the reporting officer, since his/her observations were made strictly in the performance of his/her duties, without any reason to submit a false report.

Therefore, based on the facts, evidence presented, the DHO finds you committed the prohibited act of Code 111A-Drug Introduction (attempted).

VI.    SANCTION OR ACTION TAKEN
111A (FREQ 1) - DIS GCT 41 DAYS, 111A (FREQ 1) - DS 21 DAYS, 111A (FREQ 1) - LP PHONE 120 DAYS, 111A (FREQ 1) - LP VISIT 120 DAYS

VII.    REASON FOR SANCTION OR ACTION TAKEN
111A:
The action on the part of any inmate to (attempt to) introduce narcotics into a correctional environment is a major security violation and the use of narcotics is illegal. Past acts of this type have been shown to be a catalyst for disruptive and often violent conduct which threatens the safety of both staff and inmates and hampers staff s ability to run a safe and secure institution. The sanctions imposed by the DHO were taken to express the gravity of the infraction and let the inmate know that he, and he alone, will be held responsible for his actions at all times. Although not directly related to the infraction, privileges were taken to deter the inmate from this behavior in the future.

Loss of Good Conduct Time
The sanction against Good Conduct Time was used to comply with mandatory sanctioning guidelines for inmates sentenced under the Prison Litigation Reform Act (PLRA).

Loss of Phone
The sanction imposed involving the loss of phone privilege was taken to enforce the standard of inmates held responsible for their actions and to deter from future commission of prohibited acts.

Disciplinary Segregation
The sanction of disciplinary segregation was imposed due to the severity of your offense. It is apparent that your ability to appropriately adhere to BOP rules and regulations is questionable. Hopefully, this sanction will influence your future decisions to commit offenses such as these.

Loss of visits
The sanction imposed involving the loss of visiting privileges was taken to enforce the standard of inmates being held responsible for their actions.



BP-A0304     **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

---

The sanctions of loss of privileges were given to remind the inmate that he and he alone is responsible for his behavior. The DHO imposes the sanctions listed above to convey the seriousness and inappropriate of your actions. The above listed sanctions are imposed to deter you and others from exhibiting future acts of misbehavior. Sanctions are imposed to encourage you to use better judgment in further interactions and you must be accountable for your actions.

---

VIII.   APPEAL RIGHTS:   X   The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

---

IX.   Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| A. ESTRADA | A. ESTRADA | 04-18-2022 |

DHO Report Delivered to Inmate by:

| B. Nicholson | | 5-6-2022 /0800 |
|---|---|---|
| Printed Name of Staff | Signature of Staff | Date & Time Delivered |

---

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

---

Prescribed by P5270                    Replaces BP-304(52) of Jan 88

8.055 **INMATE REQUEST TO STAFF** CDFRM

**DEPARTMENT OF JUSTICE**                    **FEDERAL BUR**

| (ame and Title of Staff Member) | DATE: |
| --- | --- |
| S RUIZ | 11-8-22 |
| OM: GAVIN Yepa | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: B-1   64693-05 |
| N/A | |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue on back, if necessary.   Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like a copy of the Adminstrative Remedy index for my Appeal Process.

(Do not write below this line)

DISPOSITION:   You only had one

11 24872-R1   DHO Hearing
4/5/22   Date recvd 6/24/22
Closed on 7/11/2

| Signature Staff Member | Date |
| --- | --- |

Record Copy - File; Copy - Inmate
(This form may be replicated vi

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

to be a witness in any court; he can bring no action, nor perform any of the legal functions which before he was admitted to discharge; he is, in short, regarded as dead in law." 1 Joseph Chitty, *A Practical Treatise on the Criminal Law* 725 (2d ed. 1826).

**attaint** (ə-taynt), *adj.* (14c) Maligned or tarnished reputationally; under an attainder for crime.

**attaint,** *n.* (13c) *Hist.* A writ to inquire whether a 12-member jury gave a false verdict. • If it was so found (by a 24-member jury), the judgment based on the verdict was overturned. The writ was abolished in England in 1826.

**attempt,** *n.* (16c) **1.** The act or an instance of making an effort to accomplish something, esp. without success. **2.** *Criminal law.* An overt act that is done with the intent to commit a crime but that falls short of completing the crime. • Attempt is an inchoate offense distinct from the intended crime. Under the Model Penal Code, an attempt includes any act that is a substantial step toward commission of a crime, such as enticing, lying in wait for, or following the intended victim or unlawfully entering a building where a crime is expected to be committed. Model Penal Code § 5.01. — Also termed *criminal attempt; offer.* See DANGEROUS-PROXIMITY TEST; INDISPENSABLE-ELEMENT TEST; LAST-PROXIMATE-ACT TEST; PHYSICAL-PROXIMITY TEST; PREPARATION; PROBABLE-DESISTANCE TEST; RES IPSA LOQUITUR TEST; SUBSTANTIAL-STEP TEST. Cf. CONSPIRACY; SOLICITATION (2). — **attempt,** *vb.*

> "An attempt to commit an indictable offence is itself a crime. Every attempt is an act done with intent to commit the offence so attempted. The existence of this ulterior intent or motive is the essence of the attempt. . . . [Yet] [a]lthough every attempt is an act done with intent to commit a crime, the converse is not true. Every act done with this intent is not an attempt, for it may be too remote from the completed offence to give rise to criminal liability, notwithstanding the criminal purpose of the doer. I may buy matches with intent to burn a haystack, and yet be clear of attempted arson; but if I go to the stack and there light one of the matches, my intent has developed into a criminal attempt." John Salmond, *Jurisprudence* 387 (Glanville L. Williams ed., 10th ed. 1947).

> "Attempt . . . is the most common of the preliminary crimes. It consists of steps taken in furtherance of an indictable offence which the person attempting intends to carry out if he can. As we have seen there can be a long chain of such steps and it is necessary to have some test by which to decide that the particular link in the chain has been reached at which the crime of attempt has been achieved, that link will represent the *actus reus* of attempt . . . ." J.W. Cecil Turner, *Kenny's Outlines of Criminal Law* 79 (16th ed. 1952).

**attempted assault.** See ASSAULT.

**attempted marriage.** See *void marriage* under MARRIAGE (1).

**attempted monopolization.** See MONOPOLIZATION.

**attempted suicide.** See SUICIDE (1).

**attempting to pervert the course of justice.** See PERVERTING THE COURSE OF JUSTICE.

**attempt to assault.** See *attempted assault* under ASSAULT.

**attempt to attempt.** (1903) A first step made toward a criminal attempt of some sort, such as a failed effort to mail someone a note inciting that person to engage in criminal conduct. • As a general rule, courts do not recognize an attempt to commit a crime that is itself an

attempt. But some jurisdictions recognize this offense, esp. when the attempted crime is defined to be an independent substantive crime. For example, some jurisdictions recognize an attempted assault if assault is defined as placing a person in apprehension of bodily injury (as opposed to being defined merely as an attempted battery). In this situation, courts have been willing to punish conduct that falls short of the attempted crime but constitutes more than mere preparation to commit it. See *attempted assault* under ASSAULT.

**attendance officer.** See TRUANCY OFFICER.

**attendant,** *adj.* (15c) Accompanying; resulting <attendant circumstances>.

**attendant circumstance.** See CIRCUMSTANCE.

**attendant term.** See TERM (4).

**attentate** (ə-ten-tayt), *n.* (17c) *Hist.* **1.** A criminal attempt. **2.** An assault. **3.** An erroneous step taken by a lower-court judge after a case has been stayed or appealed.

**attenuation doctrine** (ə-ten-yə-way-shən). (1962) *Criminal procedure.* The rule providing that evidence obtained by illegal means may nonetheless be admissible if the connection between the evidence and the illegal means is sufficiently remote. • This is an exception to the fruit-of-the-poisonous-tree doctrine arising when the Fourth Amendment violation and the obtaining of the evidence are not causally related. See DUNAWAY HEARING; FRUIT-OF-THE-POISONOUS-TREE DOCTRINE.

*atterminare* (ə-tər-mi-nair-ee), *vb.* [Law Latin] **1.** To put off to a succeeding term; to adjourn. **2.** To prolong the time to pay a debt.

**atterminement** (ə-tər-min-mənt). (16c) **1.** The granting of a delay for some purpose; esp., the extension of time to pay a debt. **2.** The fixing of a time limit. — **attermine,** *vb.*

*attermoiement* (at-ər-moy-ə-mənt). [Law French] *Eccles. law.* COMPOSITION (2).

**attest** (ə-test), *vb.* (16c) **1.** To bear witness; testify <attest to the defendant's innocence>. **2.** To affirm to be true or genuine; to authenticate by signing as a witness <attest the will>. — **attestation** (a-te-stay-shən), *n.* — **attestative** (ə-tes-tə-tiv), *adj.*

**attestant.** See ATTESTER.

**attestation clause.** (18c) A provision at the end of an instrument (esp. a will) that is signed by the instrument's witnesses and that recites the formalities required by the jurisdiction in which the instrument might take effect (such as where the will might be probated). • The attestation strengthens the presumption that all the statutory requirements for executing the will have been satisfied. — Also termed *witnessing part.* Cf. TESTIMONIUM CLAUSE.

**attestator.** See ATTESTER.

**attested copy.** See *certified copy* under COPY (1).

**attested will.** See WILL.

**attester** (ə-tes-tər). (16c) Someone who attests or vouches for. — Also spelled *attestant; attestator; attestor.*

**attesting witness.** See WITNESS.

**attestor.** See ATTESTER.

**at the bar.** See AT BAR.

**at the courthouse door.** (1808) (Of the posting of a notice of judicial sale, etc.) on the courthouse door, or in direct

proximity
located just
for the pos
specify tha
See POSTIN

**at-the-mark**

**at-the-mone**

**attorn** (ə-tər
new landlor
(money, go

*attornatus* (a
is attorned,

**attorney.** (14
business fro
ney-in-fact;
law; LAWYE
*attorney-a*
attorneys.

▸ **associate**
An attorn
Patent an
by a princ
ecute a pa
of attorne

▸ **attorney**
appointed
course of
or child-a
the dutie
represent
in a juven
387 U.S. 1
attorney a
lawsuit. —
*child.* Cf.

▸ **attorney**
*attorney.*

▸ **attorney**
recognize
*of record*
whose na
on file wi
a patent o
of record
cation if
and Trade
attorney.

▸ **attorney**
appointed
practice b
• A power
attorney i

▸ **attorney**
a party in
party's beh
from the c
*counsel of
record.* 2.
whose na
by an appl

must make written application to the employer within 60 days of the separation or divorce. — Abbr. COBRA.

> "In the absence of any type of statutory vesting provision (which would render benefits nonforfeitable), terminated employees were generally left without health care coverage while they were looking for another job. While some state insurance laws provide for limited continuation coverage or individual conversion options, these alternatives were not available in all states . . . . Thus, COBRA was designed to fill this void, by providing a statutorily mandated mechanism for enabling terminated employees (and their eligible family members) to continue to have access to group health coverage at group rates until they can get another job or otherwise arrange for replacement coverage." I.M. Golub et al., *COBRA Handbook* § 1.1, at 1-2 (1994).

**consolidated return.** See TAX RETURN.

**consolidated school district.** See SCHOOL DISTRICT.

**consolidated security.** See SECURITY (6).

**consolidated sentence.** See *general sentence* under SENTENCE.

**consolidating act.** See *consolidating statute* under STATUTE.

**consolidating statute.** See STATUTE.

**consolidation,** *n.* (15c) **1.** The act or process of uniting; the quality, state, or condition of being united. **2.** *Legislation.* The combination into a single statutory measure of various legislative provisions that have previously been scattered in different statutes. **3.** *Civil procedure.* The court-ordered unification of two or more actions, involving the same parties and issues, into a single action resulting in a single judgment or, sometimes, in separate judgments. Fed. R. Civ. P. 42(a). — Also termed *consolidation of actions.* Cf. JOINDER; SEVERANCE (2). **4.** A judicial order that combines charges in two or more separate accusatory instruments into a single accusatory instrument.

> ▸ **procedural consolidation.** See JOINT ADMINISTRATION.

> ▸ **substantive consolidation.** (1975) *Bankruptcy.* The merger of two or more bankruptcy cases, usu. pending against the same debtor or related debtors, into one estate for purposes of distributing the assets, usu. resulting in the two estates sharing assets and liabilities, and in the extinguishment of duplicate claims and claims between the debtors.

**5.** *Corporations.* The unification of two or more corporations or other organizations by dissolving the existing ones and creating a single new corporation or organization. — Also termed (with respect to corporations) *consolidation of corporations.* Cf. MERGER (8). **6.** *Corporations. Archaic.* A union of the stock, property, or franchises of two or more companies whereby the conduct of their affairs is permanently — or for a long period — put under one management, whether the agreement between them is by lease, sale, or other form of contract, and whether the effect is the dissolution of one, both, or neither of the companies. — **consolidate,** *vb.* — **consolidatory** (kən-sol-ə-day-tər-ee), *adj.*

**consolidation loan.** See LOAN.

**consolidation of actions.** See CONSOLIDATION (3).

**consolidation of corporations.** See CONSOLIDATION (5).

**consolidation of mortgages.** (1862) *Hist.* The equitable right of a mortgagee who holds multiple mortgages on real property owned by the same person to refuse to release one mortgage unless all the mortgages are redeemed.

**consonant statement.** See STATEMENT.

**consorting,** *n.* (17c) **1.** A uniting in company with; an associating with. **2.** *Australian law.* The habitual keeping of company with one or more convicted or reputed criminals.

**consortium** (kən-sor-shee-əm). (1836) **1.** The benefits that one person, esp. a spouse, is entitled to receive from another, including companionship, cooperation, affection, aid, financial support, and (between spouses) sexual relations <a claim for loss of consortium>. See LOSS OF CONSORTIUM; CONJUGAL RIGHTS.

> ▸ **filial consortium** (fil-ee-əl). (1977) A child's society, affection, and companionship given to a parent.

> ▸ **parental consortium.** (1976) A parent's society, affection, and companionship given to a child.

> ▸ **spousal consortium.** (1976) A spouse's society, affection, and companionship given to the other spouse.

**2.** *Hist.* The services of a wife or daughter, the loss of which gives rise to a cause of action. ● A husband could, for example, bring an action against a person who had injured his wife, "whereby he lost the help or companionship (of his wife)" (*per quod consortium amisit*). **3.** A group of companies that join or associate in an enterprise <several high-tech businesses formed a consortium to create a new supercomputer>. **4.** *Roman law.* A community of undivided goods existing among coheirs after the death of the head of their family (paterfamilias). Pl. **consortiums, consortia.**

**consortium vitae** (kən-sor-shee-əm vī-tee). [Law Latin] (17c) *Hist.* Cohabitation; the agreement between two parties to live together.

**consortship** (kon-sort-ship). (1836) *Maritime law.* An agreement by which salvors agree to work together to salvage wrecks, the recovery being apportioned among the salvors. ● Consortships reduce interference among competing salvors and help prevent collisions at sea between operators attempting to salvage the same wreck.

**conspicuous,** *adj.* (1534) (Of a term or clause) clearly visible or obvious. ● Whether a printed clause is conspicuous as a matter of law usu. depends on the size and style of the typeface. Under the UCC, a term or clause is conspicuous if it is written in a way that a reasonable person against whom it is to operate ought to notice it. *See* UCC § 1-201(b)(10). See FINE PRINT.

**conspicuous place.** (18c) For purposes of posting notices, a location that is reasonably likely to be seen.

**conspiracy,** *n.* (14c) An agreement by two or more persons to commit an unlawful act, coupled with an intent to achieve the agreement's objective, and (in most states) action or conduct that furthers the agreement; a combination for an unlawful purpose. 18 USCA § 371. ● Conspiracy is a separate offense from the crime that is the object of the conspiracy. A conspiracy ends when the unlawful act has been committed or (in some states) when the agreement has been abandoned. A conspiracy does not automatically end if the conspiracy's object is defeated. *See* Model Penal Code § 5.03(7); *U.S. v. Jiminez Recio,* 537 U.S. 270, 123 S.Ct. 819 (2003). — Also termed *criminal conspiracy.* Cf. ATTEMPT (2); SOLICITATION (2).

> "*Conspiracie* (*conspiratio*) though both in Latine and French it be used for an agreement of men, to doe any thing either

good or ba  
the evill p

"[Conspira  
offense, _  
Despite ce  
chameleon  
the many l  
it is always  
it consists  
*Krulewitci*  
719–20 (19

"When two  
inflicting a  
itself, or w  
it is inflict  
damage, th  
*A Textbook*

▸ **bathtub co**

▸ **chain cons  
each perso  
overall plan  
and distribu  
only one fu  
the overall  
acts in furt

▸ **circle cons**

▸ **civil consp  
more perso  
damage to

▸ **conspirac  
TRADE.

▸ **conspirac  
more peop  
common-l  
offense co  
more perso  
imperil the  
influence t  
the defrau  
of the frau  
feasors to k  
in the defr

▸ **conspirac  
An agreem  
act that wo  
patent, co  
is commo  
§ 371; 17 U  
provide a b  
an action i  
provides n  
infringe be  
of acts.

▸ **conspirac  
two or mo  
whether ph  
*law.* A con  
combine to  
other than

▸ **conspirac  
acy to mo  
● Under $   
olize existi

THE CELL BLOCK PRESENTS

# THE BEST RESOURCE DIRECTORY FOR PRISONERS

## OVER 1,400 UP-TO-DATE RESOURCES



2022

# MIKE ENEMIGO

thinking skills, and healthy, supportive relationships with adults and their community. Outside of the juvenile justice system, The Beat Within partners with community organizations and individuals to bring resource to youth both inside and outside of detention. We are committed to being an effective bridge between youth who are locked up and the community that aims to support their progress towards a healthy, non-violent, and productive life.

The last few pages of our publication are dedicated to writing from incarcerated individuals outside of juvenile hall, which includes writing from jails, camps, ranches, prisons, etc., which is where your writing can be published.

We understand that in the past, subscriptions have been free. We regret to inform you that with such high demand, the cost of publication and postage, and the nature of our business (non-profit supported by a limited number of grants), we can no longer provide free subscriptions. Should you desire a specific copy or a subscription, please inquire and send a SASE. You can receive a **FREE** issue, however, if you are published. If published, we will send you the issue your writing appears in.

We look forward to reading your work and passing along your words to the youth and all Beat readers!"

**Behive Books Behind Bars**
c/o Weller Book Works
607 Trolley Square
Salt Lake City, UT 84102

Sends books to prisoners in these western states only: AZ, CA, CO, ID, MT, NM, NV, OR, UT, WA, and WY.

**Bee Smith**
PO Box 60156
San Diego, CA 92166

Copies law and does web searches.

**Benjamin Ramos, Attorney at Law**
705 E Bidwell, Suite 2-359
Folsom, CA 95630

Experienced Habeas Corpus practitioner admitted in all California state and Federal courts. Gives parole representation, challenges bogus gang validation and more.

Phone: 916-358-9842

**Berean Prison Ministry**
PO Box 761
Peoria, IL 61652

They provide **FREE** bible study material and KJV bibles.

**Barnard Library Zine Collection**
3009 Broadway
New York, NY 10027

They provide photocopies of zines written by women with an emphasis on zines by women of color. The more specific your question or request the better the assistance they will be able to provide.

## BESTGEDTUTOR.COM

Expert online tutoring, has coached over 1200 students to successfully pass the GED, and specializes in biggest challenges on GED tests — math and essay writing. Personalized training for about $1.00 a day. Contact Janice Chamberlin.

**Better People**
3711 NE Martin Luther King, Jr. Blvd.
Portland, Oregon 97212

Better People is an established employment and counseling program solely dedicated to helping individuals who have legal histories find, keep and excel in well-paying jobs with fair, decent employers. Servicing the Portland metropolitan area.

Phone Number: (503)281-2663
Website: betterpeople.org

**Bhandari, Suresh**
Top Floor Udar Guest House
Malvi 313203
Udaipur, India

This company can hook you up with a woman in India who wants to get married. Send them a photo, a full matrimonial bio and $5.

**Bible Helps**
PO Box 391
Hanover, PA 17331

They provide **FREE** bible tracts.

**Bigshots Products**
POB 741176

15

Have you or your loved ones been exploited by the high costs and poor quality of prison service companies like Securus, Keefe, JPay, and others? We want to hear from you!

Note: Upon receipt of your testimonial, we will send a release form, on which you will have the option to specify how you would like to be identified, including anonymously.

**Corrio SPC**
2620 Bellevue Way NE, Ste. 175
Bellevue, WA 98004

Stop worrying about busy schedules, and start leaving messages with Corrio.

Note: Corrio is formerly known as Voice Freedom Calls. Corrio is not available in Texas or Arizona state facilities.

Website: corriospc.org

**Council on American Islamic Relations**
453 New Jersey Avenue, S.E.
Washington, DC 20003

Phone Number: 202.488.8787
Website: www.cair.com

**Cox, Harvey**
PO Box 1551
Weatherford, TX 76086

This guy specializes in helping prisoners with transfers, grievances, and parole. Write for details.

Phone Number: (817) 596-8457
Website: prisonconsultant.com.

**CPCS Innocence Program**
ATTN: Lisa Kavanaugh, Program Director
21 McGrath Highway, 2nd floor
Somerville, MA 02143

The purpose of the CPCS Innocence Program is to obtain exonerations for indigent Massachusetts state defendants who are actually innocent of the crimes of which they have been convicted. Defendants are actually innocent if no crime was committed or if someone else committed the crime in question.

Phone Number: 617-623-0591
Website: publiccounsel.net

**Criminal Injustice: Confronting the Prison Crisis**

This remarkable anthology exposes our increasingly conservative and punitive justice system and uncovers the economic and political realities behind the imprisonment of large numbers of the working class, working poor, and people of color. It's 374 pages, $19.00, and can be bought from Prison Legal New.

**The Criminal Law Handbook: Know Your Rights, Survive the System**

This book was written by attorneys Paul Bergman and Sara J. Berman-Barrett. It breaks down the civil trial process in easy-to-understand steps so you can effectively represent yourself in court. The authors explain what to say in court, how to say it, etc. It's 528 pages, $39.99, and can be bought from Prison Legal News.

**Criminal-Law in a Nutshell, 5th Edition**

Provides an overview of criminal law, including punishment, specific crimes, defenses and burden of proof. It's 387 pages, $43.95, and can be bought from Prison Legal News.

**Criminal Legal News**
PO Box 1151
Lake Worth, FL 33460

The people who bring you Prison Legal News proudly announce the introduction of its companion publication, Criminal Legal News. Same timely, relevant, and practical legal news as PLN, BUT CLN provides legal news you can use about the criminal justice system prior to confinement and post-conviction relief. Stop resisting and subscribe today!

"Criminal Legal News is a 40-page monthly print publication published by the Human Rights Defense Center, a 501(c)(3) nonprofit human rights organization that zealously advocates, educates, and litigates on issues pertaining to prisoners' rights as well as individuals going through the criminal justice system.

CLN and its well-known companion publication Prison Legal News serve as vital links for prisoners who otherwise don't have access to current legal and prison-related news and information.

Attachment 3c

Licensed attorney for California and Arizona. 9th Circuit & Supreme Court. Reasonable flat fees. 13 years fighting post-conviction cases. Focuses on appeals and PCR cases.

Phone: 520-465-2658
Email: objectionyourhonor@hotmail.com
Website: thehopkinslawoffice.com

### Hour Children
36-11 12th St.
Long Island City, NY 11106

Phone Number: (718)-433-4724

### How to Win Your Personal Injury Claim, 7th edition

While not specifically for prison-related personal injury cases, this book provides comprehensive information on how to handle personal injury and property damage claims arising from accidents -- including dealing with doctors, attorneys and insurance companies. It's 304 pages, $34.99, and can be bought from Prison Legal News.

### Hoy, Marion
PO Box 833
Marble Falls, TX 78654

This is a legal consultant that specializes in whether or not you have a case against your arresting officer.

### Hudson Link For Higher Education
PO Box 862
Ossining, New York 10562

Phone Number: 914-941-0794

They offer **FREE** college courses to prisoners in select New York state prisons.

### Human Kindness Foundation
P.O. Box 61619
Durham, NC 27715

Two **FREE** books or catalogs of other hard to find spiritual books. Sends spiritual books **FREE** to prisoners.

### Human Rights Coalition
4134 Lancaster Ave.
Philadelphia PA 19104

Phone Number: 267-293-9169

### Human Rights Watch
1630 Connecticut Avenue N.W. Suite 500
Washington, D.C. 20009

Stands with victims and activist to prevent discrimination, to uphold political freedom, to protect people from inhumane conduct in wartime, and to bring offenders to justice. Investigates and exposes human rights violations and hold abusers accountable, challenges governments and those who hold power to end abusive practices and respect to International Human Rights Law. They work on a variety of prison issues.

Phone Number:202-612-4321.

### Hungry Robot

"There are 1.7 million children who have a parent In prison In the U.S. (Bureau of Justice Statistics). If you are one of the 357,300 parents held in state or" federal prison, then stop and consider the importance of gilding your child's growth. Hungry Robot displays the destructive habits of materialism, selfishness, and more, with a simple message -- 'find a purpose'. It's a perfect bed-time story, easy to read, fully illustrated with colorful action ... and something worth thinking about!"

This book is by author Anthony Tinsman. It's only $2.99 and it's available on Kindle only. ASIN: B001P1CAK4, 30 pages.

**Comment:** Anthony is a personal friend of mine who genuinely cares about working for and contributing to 'the greater good'. If you have a child, it is your duty as a parent to spend the low $2.99 price to provide your child(ren) with this invaluable lesson. - - Mike



### Idaho Innocence Project
Boise State University
1910 University Dr
Boise, ID 83725

This company sells tons of gifts that you can purchase and send to your loved ones. Send $2.50 or 5 stamps for a full color catalog.

Website: jadenmooreofnewyork.com.

### Jailbabes.Com
c/o Arlen Bischke
PO 845
Winchester, Oregon 97495

JailBabes.com was one of the first and most popular inmate pen pal sites back in 1999. It has been absent for approximately 16 years. It is making its return under new ownership and is in no way associated with the original site. The new owner of JailBabes.com is Arlen Bischke, who also owns the top-ranked inmate pen pal site Meet-An-Inmate.cOm, which has been operating since 1998. Unlike Meet-An-Inmate.com, JailBabes.com is for women only.

An ad includes one photo and a 250-word bio. Additional photos are $3.00 (or 8 stamps) each, and you can add as many as you like.

$30.00 for 12 months

$50 for 12 months on both Jailbabes.com and Meet-An-Inmate.com

$80 for 12 months on JailBabes.com and FEATURED on Meet-An-Inmate.com

Note: With FEATURED ads, there will be an added link to your webpage via a thumbnail photo placed on the Home page of the site. Your thumbnail will also show up above all standard ads. This provides extra traffic to your page to increase your chances at obtaining pen pals. The FEATURED option is only available on the Meet-An-Inmate.com website.

Make check payable to Arlen Bischke at the above address. Send SASE for application.

### Jail Calls
PO Box 271
Cedar Brook, NJ 08018

This company provides phone calls at a discount. Write/Send SASE for more information.

Phone Number: (888)892-9998
Website: jailcalls.com.

### JailCallsUSA.com

$9.95 a month for unlimited calls for federal, state, and county inmates. They'll give you a local number and make it to where inmates can call your cell phone.

Phone Number: 888-776-2012

### Jail House Lawyers Guild
1734 Summit
Mount Holly, VT 05785

Website: justicepersued.com.

### Jailhouse Lawyers: Prisoners Defending Prisoners v. the USA

In "Jailhouse Lawyers," Prison Legal News columnist, award-winning journalist and former death-row prisoner Mumia Abu-Jamal presents the stories and reflections of fellow prisoners-turned-advocates who have learned to use the court system to represent other prisoners, and in some cases have won their freedom. A must-read for jailhouse lawyers! This book is 280 pages, $16.95, and can be bought from Prison Legal News.

**Comment:** "Mumia did a great job on this book. It was actually the book that got me started on the path of litigating for my rights in court. It also got me started in the writing game. Every prisoner should read this book! You can learn a lot from Mumia. TMP endorsed!" - - Josh Kruger, author of The Millionaire Prisoner

### JDM
PO Box 130063
Dallas, TX 75313

Write for a **FREE** Kings James bible.

### Jeff Vencent
109 Post Oak Circle
Hurst, TX 76053

This is a typing service. Write/Send SASE for more information.

Phone Number: (817) 282-1392

### Jewish Prisoners Assistance Foundation
770 Eastern Parkway
Brooklyn, NY 11213

we receive it, but because of the volume, it will take longer to appear in print.

Web Site: sfbayview.com

**Comment:** This is a fantastic newspaper that every prisoner should have, regardless of ethnicity or geographical location. This is the real deal. Support by subscribing or sending a donation today. ~ Mike

### San Francisco Children of Incarcerated Parents Partnership
P.O. Box 293
1563 Solano Ave.
Berkeley, CA 94707

2.4 million U.S. children have a parent behind bars today. The partnership formed to improve the lives of incarcerated children and to demand a "Bill of Rights" for them, downloadable from the website in English and Spanish.

### San Francisco Forty Niners Limited
4949 Centennial Blvd.
Santa Clara, CA 95054

Write for **FREE** fan information on the team.

### San Francisco Zen Center
c/o Jeffrey Schnieder
300 Page Street
S.F., CA 94102

This spot provides Buddhist inmates with free-world pen pals.

**Comment:** The key word is Buddhist. Their "gatekeeper" is Jeffrey Schnider. He's cool, but when I originally wrote he asked me to write an introduction letter, and when he got back at me he told me that I wasn't a real Buddhist so he wasn't going to hook me up, but he would write me a provide me with resources. I had to respect his gangsta. ~ GURU

### Sanders, Louise S
PO Box 361402
Decatur, GA 30036

They type manuscripts and papers. They also format paragraphs and chapters, edit grammar, punctuation, etc. Send SASE for **FREE** price list.

### San Quentin News
1 Main St.
San Quentin, CA 94964

San Quentin News is a 16-page monthly newspaper written, edited, and produced by prisoners incarcerated at San Quentin State Prison. The SQ News encourages prisoners, staff, and others outside the institution to submit articles, poems, artwork and letters to the editor for possible inclusion. To receive a mailed copy of the SQ News, send $1.32 in postage. This process should be repeated every month for each new edition.

Please use the following criteria when submitting:

- Limit your articles to no more than 350 words.
- Know that articles will be edited for content and length.
- The newspaper is not a medium to file grievances. (For that, use the prison appeals process.) We encourage submitting articles that are newsworthy and encompass issues that will have an impact on the prison populace.
- Please do not use offensive language in your submissions.
- Poems and artwork (cartoons and drawings) are welcomed.
- Letters to the editor should be short and to the point.

Send submissions to: CSP - San Quentin; Education Dept. / SQ News; 1 Main Street; San Quentin, CA 94964

### Sandra Z. Thomas
PO Box 4178
Winter Park, FL 32793

Typing services designed with special rates for the Incarcerated person. Send SASE for a **FREE** price list and more information.

Phone Number: 404-579-5563

### Santa Cruz Barrios Unidos
817 Soquel Ave.
Santa Cruz CA 95062

105